UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | 1:21-cv-00370-NT |
| | ) | |
| PAULO CERQUEIRA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER TO UNSEAL MOTION**

On March 4, 2022, the Court ordered the parties to show cause in writing by March 11, 2022, as to why the consolidated motion to proceed under a pseudonym and to seal should remain sealed. (Order to Show Cause, ECF No. 16.) None of the parties filed a response to the show cause order. The Court, therefore, concludes there is no reason for the consolidated motion to remain sealed. Accordingly, the Court orders the consolidated motion to be unsealed.

**NOTICE**

Any objections to this order shall be filed within 14 days of service of the order in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 14th day of March, 2022.